UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-6734

_____

JOHN R. BINNS,

                              Petitioner - Appellant,

          versus

RON ANGELONE,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-97-1365-AM)

_____

Submitted:  August 13, 1998          Decided:  September 4, 1998

_____

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John R. Binns, Appellant Pro Se.  William W. Muse, Assistant Attor-
ney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Binns v. Angelone</u>, No. CA-97-1365-AM (E.D. Va. Apr. 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>